UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12-10658-RWZ

BGI INCORPORATED

v.

THOMAS MERRIFIELD, *et al.*

ORDER

July 10, 2012

ZOBEL, D.J.

The complaint charges primarily defendant Thomas Merrifield ("Merrifield"), plaintiff's former president, with breach of fiduciary duty, misappropriation of trade secrets and confidential information under Massachusetts law, conversion and tortious interference with advantageous relations. It claims against defendants John Tisch, Greentech Instruments and Tisch Environmental, Inc., variously for violating Section 43 of the Lanham Act, 15 U.S.C. §1125, and Mass. Gen. Laws ch. 93A, engaging in civil conspiracy, and participating in the tortious interference with Merrifield. Within one month after commencing the lawsuit, plaintiff BGI Incorporated ("BGI") moved to enjoin all defendants from contacting BGI customers and advertising, offering for sale and selling air sampling products, and to enjoin Merrifield specifically from working, consulting, or accepting employment in the field of environmental air monitoring. In response to plaintiff's expressed urgency and defendant's expressed need for

information, the court allowed limited discovery related to the motion for injunctive relief to be completed by July 10, 2012.  It also gave defendants until July 10 to file their opposition to the motion and scheduled a hearing on July 17.  Merrifield now seeks to extend the deadline for filing his opposition to July 19 and continuation of the hearing to July 27, 2012.

The parties' briefs describe a crimped reading of the court's order by plaintiff and failure by defendant to confer with plaintiff.   In its opposition to the motion for more time plaintiff has now agreed to produce its documents by July 10.  Merrifield's motion is allowed to the extent that he shall file his brief in opposition to the injunction before noon on Monday, July 16, 2012.  The hearing will take place on July 17, at 2:00 p.m. as previously scheduled.[1]

    July 10, 2012                                          /s/Rya W. Zobel  
         DATE                                                 RYA W. ZOBEL  
                                                                 UNITED STATES DISTRICT JUDGE

---

[1] Merrifield is the only defendant who moved for additional time.  This order applies only to him.