UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12-10658-RWZ

BGI INCORPORATED and BGI INSTRUMENTS, INC.

v.

THOMAS MERRIFIELD, *et al.*

ORDER

June 27, 2013

ZOBEL, D.J.

This order resolves a number of pending motions in preparation for the upcoming trial in this case.

**I.     Motion to Compel/Motion for a Protective Order (Docket # 46)**

At the status conference on March 12, 2013, I instructed the parties to work together to resolve the issues raised here, and to file renewed motions if they were unable to reach agreement. As to the issues raised in the motion to compel, John Tisch ("Tisch") and Tisch Environmental, Inc. ("TEI," and collectively with Tisch, "the Tisch defendants"), have not filed any renewed motion, and so I assume those issues have been resolved. As to the issues raised in the motion for a protective order, I address them below with respect to the motion to compel (Docket # 109) by BGI, Inc. and BGI Instruments, Inc. (together, "BGI").

This motion (Docket # 46) is therefore DENIED AS MOOT.

**II.     Motion for Leave to File Opposition Under Seal (Docket # 99)**

This motion is DENIED AS MOOT.

**III.    Motion to Amend the Scheduling Order (Docket # 106)**

This motion is ALLOWED without opposition.

**IV.    Motion to Compel (Docket # 109-1)**

This motion seeks to compel TEI to produce six categories of documents:

(1) documents related to BGI or Robert Gussman or Gertrude Gussman, other than those relating to normal and ordinary business activities between BGI and TEI;

(2) documents related to Consolidated Analytical Systems, Inc., its relationship to TEI, and certain trademark applications it filed;

(3) documents related to all cyclones manufactured by TEI;

(4) documents related to a 2010 trade show in Xian, China and to Greentech's horse farm in Georgia;

(5) documents related to Thomas Merrifield or Merrifield & Associates, Inc.; and

(6) documents relating to TEI's sales of Kimoto continuous air monitors.

This motion is ALLOWED with respect to categories (1), (2) and (5) above, to the extent that TEI still possesses any documents in those categories that it has not already produced. It is DENIED as to the other three categories.

The motion for leave to file under seal (Docket # 109) is ALLOWED.

**V.     Motion to Show Cause (Docket # 111)**

This motion is DENIED.

**VI.   Motion for Sanctions (Docket # 127)**

This motion is DENIED.

**VII.  Motion for Leave to File a Second Amended Complaint (Docket # 140)**

As stated at the pretrial conference on June 25, 2013, this motion is DENIED.

|  |  |
|---|---|
| June 27, 2013 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |